UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMMIE WATTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:03CV852 CDP |
| | ) |
| JAMES GAMMON, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

On March 17, 2006, I denied Kimmie Watts's petition for habeas corpus relief. He has now filed a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b). His motion raises no new arguments that have not already been considered by the Court. Specifically, Watts again argues that a gun was admitted in the trial against him in violation of his constitutional rights. Watts's motion does not raise any new issues that have not already been considered in full.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to alter, amend, or set aside the judgment [#13] is denied.

*(signature)*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of March, 2007.